IN THE CIRCUIT COURT OF MARYLAND FOR MONTGMERY COUNTY

| | |
|---|---|
| Delise-Monique Idris | : |
| Plaintiff, | : |
| v. | : Case No. 383582-V |
| Ratner Company/Creative Hairdressers | : |
| Defendant. | : |

## LINE ENTERING APPEARANCE

WILL THE CLERK OF THE COURT please enter the appearance of Jeanett P. Henry as counsel for Plaintiff, Delise-Monique Idris.

Respectfully submitted,

RUCKER, BROWN & HENRY, P.C.

By: *Jeanett P. Henry*
Jeanett P. Henry
8701 Georgia Avenue; Suite 403
Silver Spring, MD 20910
(301) 562-1340
(301) 562-1344 (facsimile)
Email: jhenry2085@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of February, 2014 a copy of this Line Entering Appearance was served by first-class mail, postage prepaid on:

Ratner Company/Creative Hairdressers
1577 Spring Hill Road
Vienna, VA 22182

*Jeanett P. Henry*
Jeanett P. Henry

RECEIVED

FEB 28 2014

EXHIBIT
D